IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BECKI BEACH,

        Plaintiff,　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.

                                    Case No. 14-cv-857-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Becki Beach attorney fees and costs in the amount of $5,400 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


    s/ A. Wiseman, Deputy Clerk　　　　　　　　　　8/20/2015
    Peter Oppeneer, Clerk of Court　　　　　　　　　　　Date