IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BECKI BEACH,

          Plaintiff,          JUDGMENT IN A CIVIL CASE

v.

                                          Case No. 14-cv-857-bbc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

          Defendant.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Becki Beach attorney fees in the amount of $10,825.35 under 42 U.S.C. § 406(b).

| s/ J. Titak, Deputy Clerk | 8/01/2017 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |